IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :     CASE NO.: 6:04-CR-2 (HL) |
| v | : |
| KEITH ABRAMS,<br>KEVIN ABRAMS,<br>KENNETH BAKER, | : |
|       Defendants. | : |

## FINAL ORDER OF FORFEITURE

On October 18 and 20, 2004, pursuant to 21 U.S.C. § 853, and FED. R. CRIM. P. 32.2(b), this Court entered Preliminary Orders of Forfeiture against Defendants Keith Abrams, Kevin Abrams, and Kenneth Baker.

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of the final

publication of the notice, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n).

  4. On December 1, 2004, Third-Party Petitioner Stephanie Onyegbula ("Onyegbula") filed a timely petition alleging an interest in the real property, commonly known as 120 Mildred Lane, Thomasville, Thomas County, Georgia (hereinafter "subject property") and seeking an amendment to the Preliminary Orders of Forfeiture.

  5. Based on the Stipulated Settlement Agreement and Release of Claims filed on November 15, 2005, and the Court's Consent Order entered on November 21, 2005, the United States recognized that Onyegbula had one-fourth interest in the subject property that would be satisfied in full upon the sale of the subject property.

  4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture and the time for filing such petitions has now expired.

  THEREFORE IT IS HEREBY ORDERED THAT:

  1. One-fourth of the net proceeds of the sale of the subject property, shall be paid to Onyegbula in full and final satisfaction of any and all claims which Onyegbula may have or hereinafter have in the property, to wit:

  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 120 Mildred Lane, Thomasville, Thomas County, Georgia, more particularly described as:

> All that tract or parcel of Land situated, lying and being in the
> City of Thomasville, Thomas County, Georgia, and being

more particularly described as all of Lot 1, Block 2 of Carver Village Subdivision according to a map or plat of said subdivision in Deed Book 8-U, page 583 in the Office of the Clerk of Superior Court of Thomas County, Georgia.

2. Except as provided above in paragraph one, all right, title, and interest in the subject property, is hereby forfeited to and vested in the United States and shall be disposed of in accordance with the law as set forth in the Preliminary Orders of Forfeiture dated October 18 and 20, 2004.

SO ORDERED, this the 14th day of September, 2006.

S/ Hugh Lawson
HUGH LAWSON, Judge
UNITED STATES DISTRICT COURT

PREPARED BY:

DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY